IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA L CAREY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-5268 |
| | : | |
| SOCIETY HILL TOWERS OWNERS | : | |
| ASSOCIATION, BRETT SCIOLI, | : | |
| CAMCO MANAGEMENT COMPANY, | : | |
| and CHRISTOPHER MAUS | : | |

## ORDER

**AND NOW**, this 22nd day of July 2026, upon considering Defendants' partial Motion to dismiss (ECF 26), Plaintiff's Opposition (ECF 29), Defendants' Reply (ECF 30), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' partial Motion to dismiss (ECF 26) is **GRANTED** requiring we:

1.     **DISMISS** Plaintiff's claims for:

a.     Pennsylvania Unfair Trade Practices and Consumer Protection Law violations against the Association and CAMCO without prejudice;

b.     Individual liability against General Manager Scioli, Managing Partner Maus, and Association Council members Holz, Haus, Martorana, Moss, Siegel, Smith, and Mitchell without prejudice;

c.     Breach of contract against the Association and CAMCO with prejudice;

d.     Civil rights conspiracy against the Association, CAMCO, General Manager Scioli, Managing Partner Maus, and the Association Council members based on a fundamental right to contract with prejudice;

e.     Breach of duties owed to individual unit owners against CAMCO, General Manager Scioli, Managing Partner Maus, and the Council members with prejudice;

2.     **AMEND** the caption as above to confirm the dismissal of the Association's Council members;

3.     **GRANT** Defendants leave to file an Answer by no later than **August 5, 2026** addressing Plaintiff's remaining claims under:

a. Section 3604 (b) of the Fair Housing Act and the Pennsylvania Human Relations Act for discriminatory terms, conditions, and privileges of housing against the Association, CAMCO, General Manager Scioli and Managing Partner Maus;

b. Section 3617 of the Fair Housing Act for interference, coercion, and intimidation and the Pennsylvania Human Relations Act for housing discrimination against the Association, CAMCO, General Manager Scioli and Managing Partner Maus;

c. Section 3307 of Pennsylvania's Uniform Condominium Act and under the identified governing documents regarding common element maintenance against the Association and CAMCO; and,

d. Sections 3302, 3314-3316 of Pennsylvania's Uniform Condominium Act regarding assessments, fees, and amenity suspensions against the Association and CAMCO.

_____
**KEARNEY, J.**